Daniel O'Doherty, appellee, v. City of Chicago et al., appellants. Gen. No. 31,273.

Appeal from injunction restraining policemen from interfering with a realtor's business by unlawful search. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed. Opinion filed May 2, 1927.

Francis X. Busch, Corporation Counsel, for appellants; Joseph J. Thompson and James J. McCarthy, Assistant Corporation Counsel, of counsel. Freundlich & Froehlich for appellee.

Mr. Justice Matchett delivered the opinion of the court.